UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUSTAVO ALVAREZ,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>DANIEL PARAMO, Warden, et al.<br><br>　　　　　Respondents. | Case No. 2:17-CV-07553-RGK-SHK<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIN OF UNITED STATES MAGISTRATE JUDGE AND DISMISSING CASE** |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Petition, the relevant records on file, and the Report and Recommendation of the United States Magistrate Judge.  The Court has engaged in de novo review of those portions of the Report to which Petitioner has objected.  Court accepts the findings and recommendation of the Magistrate Judge.

　　　　IT IS THEREFORE ORDERED that the Second Amended Petition is DENIED and that Judgment be entered dismissing this action without prejudice.

Dated: March 18, 2021

　　　　　　　　　　　　　　　　　　　　　　　　　_/s/ Gary Klausner_
　　　　　　　　　　　　　　　　　　　　　　　　　HONORABLE R. GARY KLAUSNER
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge