JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUSTAVO ALVAREZ,<br><br>  Petitioner,<br><br>v.<br><br>DANIEL PARAMO, Warden, et al.<br><br>  Respondents. | Case No. 2:17-CV-07553-RGK-SHK<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is DISMISSED without prejudice.

Dated: March 18, 2021

_____
HONORABLE R. GARY KLAUSNER
United States District Judge